IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-296-BO-BM

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLEY E. WINSLOW and MARY T. MOORE,<br><br>Defendants. | ORDER GRANTING JOINT MOTION FOR DISBURSEMENT OF FUNDS |

This matter comes before the Court on the joint motion for disbursement of funds filed by Plaintiff Metropolitan Life Insurance Company ("MetLife"), Defendant Mary T. Moore ("Moore"), and Defendant Kimberley E. Winslow ("Winslow"). The Court has been advised that the parties have settled the dispute among them. Accordingly, the parties' joint motion is GRANTED. The Court ORDERS as follows:

1. With respect to the interpleader deposit of $891,000 made by MetLife pursuant to the Court's December 8, 2022 Order (DE 22), the Court ORDERS the Clerk of Court to disburse those proceeds as follows:

    a. $10,000 to MetLife;

    b. $190,000 to Ms. Winslow; and

    c. $691,000 to Ms. Moore.

2. With respect to any accrued interest on the interpleader deposit, the Court ORDERS the Clerk of Court to disburse such interest to the parties pro rata consistent with the amounts above.

3. Within 14 days of the filing date of this Order, the parties are ORDERED to provide the Clerk of Court with all information required to effect these disbursements.

4. The Clerk of Court is DIRECTED to enter notice on the docket when all disbursements to the parties have been made consistent with this Order. Within 14 business days of such notice, the parties are ORDERED to file a stipulation of dismissal with prejudice.

SO ORDERED, this the 10 day of August, 2023.

Terrence W. Boyle
United States District Judge